UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JONATHAN S. PLOTNICK,

  Plaintiff

v.                                                                Case No. 4:14-cv-384-RH/CAS

JULIE JONES, in her official
capacity as secretary of the
Florida Department of Corrections,
CORIZON, LLC, an out of state
corporation registered and doing
business in Florida; and VIRGINIA
MESA, in her individual capacity,

  Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO ONLY DEFENDANTS CORIZON, LLC,
AND MESA WHILE EMPLOYED BY CORIZON**

Plaintiff, Jonathan S. Plotnick, and Defendant Corizon, LLC and Defendant Virginia Mesa, while employed by Corizon, LLC, by and through undersigned counsel, file this Joint Stipulation of Voluntary Dismissal with Prejudice, as the parties have reached a settlement agreement.  This Dismissal with Prejudice does **not** pertain to Defendant Julie Jones, and Defendant Virginia Mesa while employed by Defendant Jones.

{07108944;1}-1-

Dated: March 11, 2015

        Respectfully submitted,

        Randall C. Berg, Jr., Esq.
        Fla. Bar No. 0318371
        Dante P. Trevisani, Esq.
        Florida Bar No. 72912

        Florida Justice Institute, Inc.
        100 S.E. 2nd Street
        3750 Miami Tower
        Miami, Florida 33131-2309
        305-358-2081
        305-358-0910 (FAX)
        E-mail: *rberg@FloridaJusticeInstitute.org*
        E-mail: *dtrevisani@FloridaJusticeInstitute.org*


        By: *s/Randall C. Berg, Jr.*
           Randall C. Berg, Jr., Esq.

        Counsel for the Plaintiff


        Gregg A. Toomey, Esq.
        The Toomey Law Firm
        The Old Robb & Stucky Bldg.
        1624 Hendry Street
        Suite 203
        Ft. Myers, FL  33901
        239.337.1630 – Tel
        gat@thetoomeylawfirm.com

        By: *s/Gregg A. Toomey*
           Gregg A. Toomey, Esq.

        Counsel for Defendants Corizon, LLC and Mesa

## SERVICE LIST

**BY CM/ECF**

Susan Maher, Esq.
Susan.Maher@myfloridalegal.com
Jamie Braun, Esq.
Jamie.Braun@myfloridalegal.com
Lisa Kuhlman Tietig, Esq.
Lisa.tietig@myfloridalegal.com
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL  32399-1050

Counsel for Defendants Michael D. Crews