# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JONATHAN S. PLOTNICK,

    Plaintiff,

v.                                CASE NO. 4:14cv384-RH/CAS

JULIE JONES, etc., et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CORIZON CLAIMS

      The plaintiff Jonathan S. Plotnick and the defendants Corizon, LLC, and Virginia Mesa have filed a stipulation for dismissal of certain claims based on their settlement agreement. The agreement fully resolves Mr. Plotnick's claims against Corizon. The agreement resolves Mr. Plotnick's claims against Ms. Mesa arising from actions while she was employed by Corizon. The agreement does not resolve Mr. Plotnick's claims against the Secretary of the Department of Corrections. The agreement also does not resolve Mr. Plotnick's claims against Ms. Mesa arising from actions while she was employed by the Department. Based on the stipulation and settlement agreement,

Case No. 4:14cv384-RH/CAS

IT IS ORDERED:

1. Mr. Plotnick, Corizon, and Ms. Mesa must comply with their settlement agreement.

2. All claims (other than claims for enforcement of the settlement agreement) against Corizon and against Ms. Mesa arising from actions while she was employed by Corizon are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The clerk must enter a judgment under Federal Rule of Civil Procedure 54(b) stating, "Jonathan S. Plotnick, Virginia Mesa, and Corizon, LLC, are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All Mr. Plotnick's claims in this case against Corizon, LLC, and all Mr. Plotnick's claims against Ms. Mesa arising from actions while she was employed by Corizon, are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. Mr. Plotnick's claims against the Secretary of the Department of Corrections and all claims against Ms. Mesa arising from actions while she was employed by the Department remain pending.

*Case No: 4:14cv384-RH/CAS*

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on March 15, 2015.

s/Robert L. Hinkle<br>
United States District Judge