UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JONATHAN S. PLOTNICK,

 Plaintiff

v.                                                     Case No. 4:14-cv-384-RH/CAS

JULIE JONES, in her official
capacity as secretary of the
Florida Department of Corrections,
CORIZON, LLC, an out of state
corporation registered and doing
business in Florida; and VIRGINIA
MESA, in her individual capacity,

 Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO ONLY DEFENDANTS JONES AND MESA WHILE EMPLOYED BY
THE FLORIDA DEPARTMENT OF CORRECTIONS**

Plaintiff, Jonathan S. Plotnick, and Defendant Julie Jones, in her official capacity as Secretary of the Florida Department of Corrections and Defendant Virginia Mesa, while employed by the Florida Department of Corrections, by and through undersigned counsel, file this Joint Stipulation of Voluntary Dismissal with Prejudice, as the parties have reached a settlement agreement. This Dismissal resolves the remaining claims in this case, and the case can be closed in its entirety.

Dated: March 18, 2015

                        Respectfully submitted,

                        Randall C. Berg, Jr., Esq.
                        Fla. Bar No. 0318371
                        Dante P. Trevisani, Esq.
                        Florida Bar No. 72912

                        Florida Justice Institute, Inc.
                        100 S.E. 2nd Street
                        3750 Miami Tower
                        Miami, Florida 33131-2309
                        305-358-2081
                        305-358-0910 (FAX)
                        E-mail: *rberg@FloridaJusticeInstitute.org*
                        E-mail:
                        *dtrevisani@FloridaJusticeInstitute.org*


                        By: *s/Randall C. Berg, Jr.*
                              Randall C. Berg, Jr., Esq.

                        Counsel for the Plaintiff


                        Lisa K. Tietig, Esq.
                        Assistant General Counsel
                        Lisa.tietig@myfloridalegal.com
                        Office of the Attorney General
                        PL-01, The Capitol
                        Tallahassee, FL  32399-1050

                        Counsel for the Defendants

                        By: *s/ Lisa K. Tietig*
                        Lisa K. Tietig, Esq.